# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JOSE MORALES-CASTELLON,<br><br>Defendant. | Case No. 17-cr-2730-GPC<br><br>**JUDGMENT AND ORDER OF DISMISSAL**<br><br>**[DKT. NO. 25]** |

Upon motion of the United States of America and good cause appearing,

IT IS HEREBY ORDERED that the Information (ECF No. 12) in the above-captioned case be dismissed without prejudice.

**IT IS SO ORDERED.**

Dated: February 5, 2018

Hon. Gonzalo P. Curiel
United States District Judge